### Commonwealth *v.* Rutledge, Appellant.

Argued September 13, 1973. *John Bartle,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

### Commonwealth *v.* Samuel, Appellant.

Submitted September 10, 1973. *Jay Meyers,* for appellant; *John H. Isom,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.